George J. L. WULFF, Jr., M.D., and Michael Freiman, M.D., Appellants,

v.

Thomas E. SINGLETON, Chief of Bureau of Medical Services, Division of Welfare, State Department of Public Health and Welfare, Appellee.

No. 74–1484.

United States Court of Appeals, Eighth Circuit.

Aug. 6, 1976.

Before MATTHES, Senior Circuit Judge, and ROSS and STEPHENSON, Circuit Judges.

ORDER

This cause is remanded to the district court for further proceedings consistent with the Supreme Court's Opinion dated July 1, 1976, —— U.S. ——, 96 S.Ct. 2868, 48 L.Ed.2d ——.

[Prior opinion 8 Cir., 508 F.2d 1211].